**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VORTEX PATHWAY LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:16-cv-952-JRG |
| v. | § § | LEAD CASE |
| FORTINET, INC., | § | |
| GEMALTO, INC., | § | 2:16-CV-00953-JRG-RSP |
| YUBICO, INC., | § § | 2:16-CV-00955-JRG-RSP |
| *Defendants.* | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted between Plaintiff Vortex Pathway LLC and Defendant Gemalto, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Vortex Pathway LLC and Defendant Gemalto, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "Settlement and License Agreement" and dated January 4, 2017.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 7th day of February, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE